People v Victor G. (2024 NY Slip Op 06057)

People v Victor G.

2024 NY Slip Op 06057

Decided on December 4, 2024

Appellate Division, Second Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on December 4, 2024
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Second Judicial Department

VALERIE BRATHWAITE NELSON, J.P.
CHERYL E. CHAMBERS
DEBORAH A. DOWLING
LOURDES M. VENTURA, JJ.

2019-10761

[*1]The People of the State of New York, respondent,
v
Victor G. (Anonymous), appellant. (S.C.I. No. 1404/18)

Patricia Pazner, New York, NY (Tina Peng of counsel), for appellant.
Eric Gonzalez, District Attorney, Brooklyn, NY (Leonard Joblove and Melissa Owen of counsel; Rebecca Siegel on the brief), for respondent.

DECISION & ORDER
Appeal by the defendant from a judgment of the Supreme Court, Kings County (Marguerite Dougherty, J., at plea; Raymond Rodriguez, J., at sentence), rendered August 9, 2019, adjudicating him a youthful offender, upon his plea of guilty to grand larceny in the fourth degree, and imposing sentence.
ORDERED that the judgment is modified, on the law and as a matter of discretion in the interest of justice, by vacating the imposition of a mandatory surcharge and fee; as so modified, the judgment is affirmed.
"Criminal Procedure Law § 420.35(2-a) permits the waiver of surcharges and fees for individuals, like the defendant, who were less than 21 years old at the time of the subject crime" (People v Cabrera, 222 AD3d 878, 879). "This provision applies retroactively to cases, such as this one, that were pending on direct appeal on the effective date of the legislation" (People v Dillon H., 229 AD3d 722, 723 [internal quotation marks omitted]). Pursuant to the exercise of our interest of justice jurisdiction, and as the People do not oppose the defendant's requested relief, we modify the judgment by vacating the mandatory surcharge and fee imposed upon the defendant at sentencing (see CPL 420.35[2-a][c]; People v Odesanya, 225 AD3d 631, 632; People v Sanchez, 221 AD3d 734, 734).
BRATHWAITE NELSON, J.P., CHAMBERS, DOWLING and VENTURA, JJ., concur.
ENTER:
Darrell M. Joseph
Clerk of the Court